

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

JUN 17 2011

JAMES N. HATTEN, Clerk
By: Vicki Darby
Deputy Clerk

June 16, 2011

**VIA FEDERAL EXPRESS**

Hall County District Court Clerk
121 Spring St. SE # 201
Gainesville, GA 30501-3789

Re:   Cause No. DC-09-02903-A; Revenue Technology Services Corp. v. MartinAir Holland, N.V.; In the 14th Judicial District of Dallas County, Texas.

To Whom It May Concern:

Please find enclosed an original and two copies of a subpoena from the state of Texas to be issued by the state of Georgia under the Uniform Foreign Depositions Act. Please certify one copy and return via the enclosed Federal Express envelope. I have also enclosed a check in the amount of $39 for the filing fee.

If you should have any questions, please feel free to contact me at 512.795.8686.

Sincerely,
**SLACK & DAVIS, LLP**
**AUSTIN OFFICE**

Haley M. Odom
Paralegal to Suzanne Kaplan

2705 Bee Cave Road, Suite 220 | **Austin**, Texas 78746 | 512.795.8686 | 800.455.8686 | Fax 512.795.8787
2911 Turtle Creek Boulevard, Suite 1400 | **Dallas**, Texas 75219 | 214.528.8686 | Fax 214.528.6989
www.slackdavis.com